1  BUCHALTER
   A Professional Corporation
2  TRACY A. WARREN (SBN: 228013)
   YVONNE A. RICARDO (SBN: 328278)
3  655 West Broadway, Suite 1625
   San Diego, CA 92101
4  Telephone: 619.219.5335
   Email:   twarren@buchalter.com
5           yrichardo@buchalter.com

6  Attorneys for Defendant
   SELECT HOTELS GROUP, L.L.C.
7

8  # UNITED STATES DISTRICT COURT

9  # NORTHERN DISTRICT OF CALIFORNIA

10 | SCOTT JOHNSON, | Case No. 4:22-cv-01262-HSG |
   |---|---|
11 | Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (CIV. L.R. 6-1(a)); ORDER** |
12 | vs. | |
13 | SELECT HOTELS GROUP, L.L.C., a Delaware Limited Liability Company, | |
   | | Judge:   Haywood S Gilliam, Jr |
14 | Defendant. | Dept.:   Courtroom 2 |
15

## **STIPULATION EXTENDING TIME**

This Stipulation is entered into by and among Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant SELECT HOTELS GROUP, L.L.C. ("Defendant") (herein collectively referred to as the "Parties"), by and through their respective counsel and without waiving any rights, claims, defenses they may have in this action, enter into this Stipulation pursuant to Local Rule 6-1(a), with reference to the following circumstances:

1. Plaintiff filed his Complaint on March 1, 2022. Defendant was served on April 11, 2022. The Parties have not previously stipulated to any extensions of time to answer or otherwise respond to the Complaint.

2. Upon reviewing the Complaint, Defendant has determined that it requires additional time to answer or otherwise respond to the Complaint.

3. Counsel for the Parties have conferred and hereby stipulate to extend Defendant's time to answer or otherwise respond to Plaintiff's Complaint until May 16, 2022.

4. The Parties believe this extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the Parties, pursuant to Local Rule 6-1(a), the Defendant will have until May 16, 2022 to answer or otherwise respond to Plaintiff's Complaint.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

2

STIPULATION EXTENDING TIME FOR DEFENDANT TO
RESPOND TO COMPLAINT (CIV. L.R. 6-1(a))

Case No. 4:22-cv-01262

**IT IS SO STIPULATED.**

DATED:  April 27, 2022          BUCHALTER, A PROFESSIONAL CORPORATION

By:  */s/ Tracy A. Warren*
         TRACY A. WARREN
         YVONNE A. RICARDO
Attorneys for Defendant, Select Hotels Group, L.L.C.

DATED:  April 27, 2022          CENTER FOR DISABILITY ACCESS

By:  */s/ Amanda Seabock*
         AMANDA SEABOCK
         PRATHIMA PRICE
         DENNIS PRICE
Attorneys for Plaintiff, Scott Johnson

IT IS SO ORDERED.

DATED:  4/29/2022          ,

*Haywood S. Gilliam Jr.* (signature)
Judge: Haywood S Gilliam, Jr.