BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
YVONNE A. RICARDO (SBN: 328278)
655 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Email: twarren@buchalter.com
　　　　yricardo@buchalter.com

Attorneys for Defendant
Select Hotels Group, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Select Hotels Group, L.L.C., a Delaware Limited Liability Company,<br><br>　　　　　Defendant. | Case No. 4:22-cv-01262-HSG<br><br>**STIPULATION TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION**<br><br>Dept.:　　Courtroom 2<br>Judge:　　Haywood S. Gilliam, Jr. |

# **STIPULATION EXTENDING TIME**

This Stipulation is entered into by and among Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant SELECT HOTELS GROUP, L.L.C. ("Defendant") (herein collectively referred to as the "Parties"), by and through their respective counsel and without waiving any rights, claims, defenses they may have in this action, pursuant to Civil Local Rule 7-12, with reference to the following circumstances:

1. Plaintiff filed his Complaint on February 28, 2022. Defendant was served on April 11, 2022.

2. On April 29, 2022, the Court granted the Parties' Stipulation Extending Time For Defendant to Respond to Complaint to May 16, 2022.

3. On May 16, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction under Federal Rule of Civil Procedure 12(b)(1) ("Motion"). The Motion may be heard, or as soon thereafter, on July 28, 2022 by the Honorable Haywood S. Gilliam, Jr.

4. Pursuant to Paragraph 7 of General Order 56, the Parties were required to conduct a joint site inspection at the subject premises by June 10, 2022.

5. Due to the pending Motion, counsel for the Parties have conferred and hereby stipulate to extend the time to conduct the joint site inspection within 60 days after the Court's ruling of the Motion to Dismiss. All corresponding deadlines imposed by General Order 56 shall be extended accordingly.

**IT IS SO STIPULATED.**

DATED: July 8, 2022

CENTER FOR DISABILITY ACCESS

By: /s/ Naomi Butler
NAOMI BUTLER
Attorney for Plaintiff, Scott Johnson

DATED: July 8, 2022

BUCHALTER
A Professional Corporation

By: /s/ Yvonne A. Ricardo
TRACY A. WARREN
YVONNE A. RICARDO
Attorneys for Defendant
Select Hotels Group, L.L.C.

**IT IS SO ORDERED.**

DATED: July 8, 2022

DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam, Jr.