UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Select Hotels Group, L.L.C.**, a Delaware Limited Liability Company,

    Defendant.

Case No.: 4:22-CV-01262-HSG

**ORDER DENYING Motion for Administrative Relief**

    Having reviewed Plaintiff's motion seeking administrative relief and finding good cause therefore, the Court hereby grants Plaintiff's motion as follows:

    Defendants are to provide three dates of availability for a site inspection. These dates should be given within seven (7) days of the Order and should be no later than July 29, 2022. The deadline to complete the site inspection is extended to August 31, 2022, with all related dates similarly extended.

**IT IS SO ORDERED.**

Dated: ____7/25/2022____

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DENIED
Judge Haywood S. Gilliam Jr.