1  BUCHALTER
   A Professional Corporation
2  TRACY A. WARREN (SBN: 228013)
   YVONNE A. RICARDO (SBN: 328278)
3  655 West Broadway
   Suite 1600
4  San Diego, CA 92101
   Telephone: 619.219.5335
5  Email: twarren@buchalter.com
          yricardo@buchalter.com
6
7  Attorneys for Defendant
   Select Hotels Group, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Select Hotels Group, L.L.C., a Delaware Limited Liability Company,<br><br>　　　　Defendant. | Case No. 4:22-cv-01262-HSG<br><br>**STIPULATION TO EXTEND TIME TO FILE NOTICE OF NEED FOR MEDIATION AND CERTIFICATION OF COUNSEL ; ORDER**<br><br>Date:　　　Courtroom 2<br>Judge:　　Haywood S. Gilliam, Jr. |
|---|---|

## STIPULATION EXTENDING TIME

This Stipulation is entered into by and among Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant SELECT HOTELS GROUP, L.L.C. ("Defendant") (herein collectively referred to as the "Parties"), by and through their respective counsel and without waiving any rights, claims, defenses they may have in this action, pursuant to Civil Local Rule 7-12, with reference to the following circumstances:

1. Plaintiff filed his Complaint on February 28, 2022. Defendant was served on April 11, 2022.

2. On April 29, 2022, the Court granted the Parties' Stipulation Extending Time For Defendant to Respond to Complaint to May 16, 2022.

3. On May 16, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction under Federal Rule of Civil Procedure 12(b)(1) ("Motion").

4. On July 28, 2022, Defendant's Motion was denied. The Court ordered the parties to conduct a joint site inspection by August 11, 2022 and to e-file any Notice of Need for Mediation, if necessary, by August 18, 2022.

5. On August 11, 2022, the Parties conducted the joint site inspection. Since the joint site inspection, the parties have agreed on injunctive relief and plaintiff has made his demand for settlement of the case in its entirety. The Parties continue to engage in productive settlement discussions.

6. However, the Parties have not scheduled a mutually agreeable time to conduct the settlement meeting following the joint site inspection due to scheduling conflicts. As such, counsel for the Parties have conferred and

2

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

STIPULATION TO EXTEND TIME TO FILE
NOTICE OF NEED FOR MEDIATION

Case No. 4:22-cv-01262-HSG

hereby stipulate to extend the time to file a Notice of Need for Mediation by September 1, 2022.

**IT IS SO STIPULATED.**

DATED:  August 18, 2022              CENTER FOR DISABILITY ACCESS


By:  *s/ Prathima Price*
　　　　AMANDA SEABOCK
　　　　PRATHIMA PRICE
　　　Attorneys for Plaintiff
　　　　Scott Johnson

DATED:  August 18, 2022              BUCHALTER
　　　　　　　　　　　　　　　　　　　A Professional Corporation


By:  *s/ Yvonne A. Ricardo*
　　　　TRACY A. WARREN
　　　　YVONNE A. RICARDO
　　　Attorneys for Defendant
　　　Select Hotels Group, L.L.C.

## ORDER

**IT IS SO ORDERED.**

DATED:   8/19/2022                    _____
　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE